UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

        Case No. 11-CR-20032

vs.

        HON. GEORGE CARAM STEEH

D1 WILLIAM THOMAS TURNER,

        Defendant(s).
_____/

## ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE [#24] WITHOUT PREJUDICE

Defendant's Request was referred to Probation for review and comment and based upon the response,

Defendant's Request is denied without prejudice and may be renewed after he has furnished a DNA sample as previously ordered.

**SO ORDERED** .

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: January 14, 2013

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record and
William Turner, 20226 Moross Road, Detroit, MI 48224
on January 14, 2013, by electronic and ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk